**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00245-CV

### IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-00345W**

## ORDER

The reporter's record in this termination of parental rights appeal is overdue. By postcard dated March 13, 2015, we notified Court Reporter Martha Grant that the reporter's record was overdue in this case. We directed Ms. Grant to file the record within ten days and cautioned her that any request for an extension must be submitted in writing explaining the extraordinary reasons for the delay. To date, Ms. Grant has not responded.

Accordingly, we **ORDER** Martha Grant, Official Court Reporter for the 304th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; or (2) written verification that appellant has not requested the record.

Because this is a parental termination case, we remind both the trial court and Ms. Grant that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that the trial court must direct Ms. Grant to immediately commence the preparation of

the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We notify appellant that if we receive verification that no request for the record has been made, the appeal will be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Andrea Martin
Presiding Judge of the 304th Judicial District Court

Ms. Martha Grant
Official Court Reporter, 304th Judicial District Court

All parties

/s/      ELIZABETH LANG-MIERS
           JUSTICE